# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2021

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alito, Samuel A. | Supreme Court of the United States | 05/26/2022 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2021<br>**to**<br>12/31/2021 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 345 Trustees, Executors, Administrators, and Custodians; § 350 Power of Attorney; § 355 Outside Positions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Instructor for Course | Regent University School of Law |
| 2. | Instructor for Course | Duke Law School |
| 3. | Honorary Advisory Board Member | Bolch Judicial Institute, Duke Law School |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 340 Agreements and Arrangements )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 320 Income; § 360 Spouses and Dependent Children.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/26/2021 | Regent University School of Law, Teaching | $9,000.00 |
| 2. 02/04/2021 | Duke Law School | $15,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Notre Dame Law School | 09/28/2021-09/30/2021 | Notre Dame, IN | Meet with Students, Faculty & Administration, Lecture | Transportation, Lodging & Meals |
| 2. | St. Thomas Aquinas College | 10/15/2021-10/18/2021 | Beverly Hills, CA | 50th Anniversary Gala Speech | Transportation, Lodging & Meals |
| 3. | St. John's University Law School, Center for Law and Religion Studies | 11/15/2021 | Jamaica, NY | 10th Anniversary Dinner Speech | Meal |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 05/26/2022 |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 05/26/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 335 Liabilities; § 360 Spouses and Dependent Children.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Edward Jones | Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 05/26/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vang Inter Term Tax Ex Fund | D | Dividend | M | T | | | | | |
| 2. Van LT Tax Ex Fund | A | Dividend | J | T | | | | | |
| 3. Vanguard TE Mny Mkt | A | Dividend | L | T | | | | | |
| 4. Vang Small Cap Stock Fund | C | Dividend | N | T | | | | | |
| 5. Vang Total Stock Mkt Index F | D | Dividend | N | T | | | | | |
| 6. Windsor II | C | Dividend | L | T | | | | | |
| 7. Vang Star Mutual Fund | D | Dividend | L | T | | | | | |
| 8. Vang Wellington Mut Fund | E | Dividend | N | T | | | | | |
| 9. Roth IRA (H) | | | | | | | | | |
| 10. -Edward Jones Investment (Cash Account) | | None | J | T | | | | | |
| 11. -AES Corp | A | Dividend | J | T | | | | | |
| 12. -BHP Biliton PLC ADR | B | Dividend | K | T | | | | | |
| 13. -Loccitane Luxembourg | A | Dividend | J | T | | | | | |
| 14. -Sealed Air Corp | A | Dividend | J | T | | | | | |
| 15. -TJX Cos Inc | A | Dividend | K | T | | | | | |
| 16. Vanguard Target Retirement Acct 2015 | B | Dividend | K | T | | | | | |
| 17. PNC Bank Accounts | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 05/26/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 18. Traditonal IRA (H) | | | | | | | | |
| 19. - Capital World Growth & Income Fund CLA | B | Dividend | K | T | | | | |
| 20. - Eaton Vance Mutual Funds Trust Gov't Oblig LC A | A | Dividend | J | T | Sold (part) | 01/14/21 | J | |
| 21. - Goldman Sachs Growth & Incom Strategy Fund CL A | A | Dividend | J | T | | | | |
| 22. - Income Fund of America CL A | A | Dividend | J | T | | | | |
| 23. - Putnam Dynamic Asset- Allocation Growth Fund CL A | A | Dividend | J | T | | | | |
| 24. - Putnam Dynamic Asset Allocation Balanced Fund CL A | A | Dividend | J | T | | | | |
| 25. Investment Account #1 (H) | | | | | | | | |
| 26. - Stafford Cnty & Staunton VA | A | Interest | | | Redeemed | 07/19/21 | J | |
| 27. - Virginia Comwith Transn Brd | A | Interest | J | T | | | | |
| 28. - VA St Res Auth Wtr & Swr Rev | A | Interest | J | T | | | | |
| 29. - VA St Res Auth Wtr & Swr Sys | A | Interest | J | T | | | | |
| 30. - Virginia Beach VA GO Pub Impt | A | Interest | K | T | | | | |
| 31. -3M Co | A | Dividend | K | T | | | | |
| 32. - Abbott Laboratories | A | Dividend | K | T | | | | |
| 33. - Abbvie Inc | B | Dividend | K | T | | | | |
| 34. - Becton Dickinson & Co | A | Dividend | J | T | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 05/26/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
|---|---|---|---|---|---|---|---|---|---|
| 35.   - Black Hills Corp | B | Dividend | K | T | | | | | |
| 36.   - Boeing Co | A | Dividend | K | T | Sold | 08/12/21 | K | D | |
| 37. | | | | | Buy | 09/22/21 | K | | |
| 38.   - Caterpiller Inc | A | Dividend | K | T | | | | | |
| 39.   - Cdk Global Inc | A | Dividend | J | T | | | | | |
| 40.   - ConocoPhillips | A | Dividend | J | T | | | | | |
| 41.   - Corteva Inc | A | Dividend | J | T | | | | | |
| 42.   - Dow Inc | A | Dividend | J | T | | | | | |
| 43.   - DuPont De Nemours Inc | A | Dividend | J | T | | | | | |
| 44.   -Fortis Inc | A | Dividend | K | T | | | | | |
| 45.   - Jacobs Engineering Group Inc | A | Dividend | K | T | | | | | |
| 46.   - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 47.   - Molson Coors Brewing Co | A | Dividend | J | T | | | | | |
| 48.   - Mondelez International Inc | A | Dividend | K | T | | | | | |
| 49.   - OGE Energy Corp | A | Dividend | K | T | | | | | |
| 50.   - Parker Hannifin Corp | A | Dividend | K | T | | | | | |
| 51.   - Phillips 66 | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 05/26/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | |
| 52.    - PNC Bank Corp | A | Dividend | K | T | | | | | |
| 53.    - Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 54.    - Raytheon Technologies Corp | A | Dividend | J | T | | | | | |
| 55.    - Sealed Air Corp | A | Dividend | K | T | | | | | |
| 56.    - TJX Cox Inc | A | Dividend | K | T | | | | | |
| 57.    - Vanguard FTSE All-Wrld Exus ETF | A | Dividend | J | T | | | | | |
| 58.    Investment Account #2 (H) | | | | | | | | | |
| 59.    - Ishares Russ 1000 Growth ETF | A | Dividend | K | T | Sold (part) | 04/01/21 | J | A | |
| 60.    - Ishares Russ 1000 Value ETF | A | Dividend | K | T | Sold (part) | 04/01/21 | J | B | |
| 61.    - Ishares Russ MC Value ETF | A | Dividend | K | T | Sold (part) | 04/01/21 | J | C | |
| 62.    - Ishares S&P 500 Growth ETF | A | Dividend | K | T | Sold (part) | 04/01/21 | J | D | |
| 63. | | | | | Sold (part) | 12/07/21 | J | B | |
| 64.    - Vanguard High Div Yield ETF | C | Dividend | L | T | Sold (part) | 04/01/21 | K | D | |
| 65. | | | | | Sold (part) | 12/07/21 | J | B | |
| 66.    - Vanguard Mid Cap Growth ETF | A | Dividend | K | T | Sold (part) | 04/01/21 | J | B | |
| 67.    -American Europacific Growth F3 | C | Dividend | K | T | Sold (part) | 04/01/21 | J | C | |
| 68.    - American New World Cl F3 | C | Dividend | K | T | Buy (add'l) | 04/01/21 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 05/26/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | |
| 69.   - Dimensional DFA Int'l Value Fund | B | Dividend | K | T | Sold (part) | 04/01/21 | J | A | |
| 70.   -Fidelity: Advisor Inter Mun Incm Fd Z | B | Dividend | L | T | Buy (add'l) | 04/01/21 | J | | |
| 71.   -JP Morgan Fed Money Market | A | Dividend | J | T | Buy (add'l) | 04/01/21 | J | | |
| 72.   -MFS International Equity Fund | B | Dividend | K | T | Sold (part) | 04/01/21 | J | A | |
| 73.   -MFS Municipal High Income R6 | B | Dividend | L | T | Buy (add'l) | 04/01/21 | J | | |
| 74.   -T. Rowe Price Tax Free Short Inter | B | Dividend | L | T | Buy (add'l) | 04/01/21 | J | | |
| 75.   -USAA Tax Exempt Interm Term | C | Dividend | M | T | Buy (add'l) | 04/01/21 | J | | |
| 76.   Investment Account #3 (H) | | | | | | | | | |
| 77.   - Fidelity Gov't MM Inst. C1 Cash & Money Market | A | Dividend | K | T | | | | | |
| 78.   - Ishares National Muni Bond ETF | B | Dividend | L | T | | | | | |
| 79.   - Dodge & Cox Income Fund | C | Dividend | L | T | Buy (add'l) | 02/10/21 | J | | |
| 80. | | | | | Buy (add'l) | 05/10/21 | J | | |
| 81. | | | | | Buy (add'l) | 11/02/21 | J | | |
| 82.   -Metropolitan West Unconstrained | C | Dividend | L | T | | | | | |
| 83.   -T. Rowe Price VA T/F Bond Fd | D | Dividend | N | T | | | | | |
| 84.   - Vanguard Funds Inter-Term TE Fd 542 | C | Dividend | M | T | | | | | |
| 85.   - Vanguard Funds Limited Term Tax Exempt Fund 531 Admiral | B | Dividend | M | T | Sold (part) | 02/10/21 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 05/10/21 | J | A | |
| 87. - Ishares S&P 100 ETF | A | Dividend | L | T | | | | | |
| 88. - Ishares MSCI USA Quality Factor ETF | A | Dividend | K | T | | | | | |
| 89. -Ishares Core Dividend Growth ETF | A | Dividend | K | T | | | | | |
| 90. -Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | | | | | |
| 91. - Vanguard Mid Cap ETF | A | Dividend | K | T | Buy (add'l) | 05/10/21 | J | | |
| 92. - Vanguard Large Cap ETF | B | Dividend | M | T | | | | | |
| 93. - Vanguard Growth ETF | A | Dividend | M | T | Sold (part) | 05/10/21 | K | D | |
| 94. - Vanguard Value ETF | B | Dividend | L | T | Sold (part) | 08/04/21 | K | D | |
| 95. - Seafarer Overseas Growth & Income Instl | B | Dividend | K | T | Buy | 05/10/21 | J | | |
| 96. | | | | | Buy (add'l) | 05/19/21 | J | | |
| 97. | | | | | Buy (add'l) | 08/09/21 | J | | |
| 98. | | | | | Buy (add'l) | 08/30/21 | J | | |
| 99. | | | | | Buy (add'l) | 11/11/21 | J | | |
| 100. - WCM Focused Int'l Growth | B | Dividend | K | T | | | | | |
| 101. - Lazard Global Listed Infrastructure Portfolio Fund | A | Dividend | | | Sold | 08/30/21 | J | B | |
| 102. - Touchstone Sands EM GR-Inst 565 | A | Dividend | K | T | Buy | 02/10/21 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
| 103. | | | | | Buy (add'l) | 05/10/21 | J | | |
| 104. | | | | | Buy (add'l) | 08/09/21 | J | | |
| 105. | | | | | Buy (add'l) | 08/30/21 | J | | |
| 106. | | | | | Buy (add'l) | 11/11/21 | J | | |
| 107. Mineral Interest, Grady Cnty, OK | | None | M | W | | | | | |
| 108. Kansas City whole Life Insurance | A | Interest | J | W | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 05/26/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Samuel A. Alito**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite G-330
One Columbus Circle, N.E.
Washington, D.C. 20544